NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**INNOVATIVE GLOBAL SYSTEMS, LLC,**
*Appellant*

**v.**

**MOTIVE TECHNOLOGIES, INC.,**
*Appellee*

———————————————

2021-2289

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00694.

———————————————

**JUDGMENT**

———————————————

CHRISTOPHER S. EDWARDS, Ward and Smith, P.A., Wilmington, NC, argued for appellant.  Also represented by JOSEPH A. SCHOUTEN, Raleigh, NC.

DAVID LINDENBAUM, Kelley Drye & Warren, LLP, New York City, NY, argued for appellee.  Also represented by MICHAEL J. ZINNA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 15, 2022          /s/ Peter R. Marksteiner
     Date              Peter R. Marksteiner
                       Clerk of Court